# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## No. 2015-1838

NUVASIVE, INC.,
*Appellant,*

v.

MEDTRONIC, INC.,
*Appellee.*

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in No. IPR2014-00034

## MEDTRONIC, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

Medtronic, Inc. ("Medtronic") respectfully requests a 30-day extension of time, to and including April 27, 2016, to file its response brief. Medtronic's response brief is presently due March 28. Medtronic has received a 60-day extension for its response brief. NuVasive, Inc. ("NuVasive") previously requested and received a 60-day extension, followed by a 30-day extension, to file its opening brief. Medtronic did not oppose those requests.

Medtronic has discussed this motion with NuVasive and the motion is unopposed.

There is good cause to grant the requested extension. This case is one of four coordinated appeals on the same briefing schedule to be argued to the same panel: (1) No. 15-1838, (2) Nos. 15-1839 and 15-1840 (consolidated); (3) No. 15-1841, and (4) 15-1842 and 15-1843 (consolidated). Medtronic is in the process of responding to four opening briefs filed by NuVasive and needs the extension to respond adequately and efficiently. Medtronic also seeks the extension to accommodate its attorneys' deadlines in other pending cases in this Court and others that fall and/or require work during the time to prepare Medtronic's response brief.

Medtronic's counsel's obligations during the relevant timeframe also include the following briefs and oral arguments in this Court and others:

- Opening post-trial brief due March 4, 2016, to the U.S. District Court for the Eastern District of Texas in *VirnetX v. Apple*, No. 12-CV-85;

- Oral argument on March 7, 2016, at the D.C. Circuit in *Independent Pilots Association v. FAA*, Nos. 11-1483 and 15-1027 (consolidated);

- Appellant's Response and Reply Brief, due to the 10th Circuit on March 16, 2016, in *SolidFX, LLC v. Jeppsesen Sanderson*, Nos. 15-1079 and 15-1097 (consolidated);

- Supplemental brief, due March 17, 2016, to this Court in *Warsaw v. NuVasive*, Nos. 13-1576 and 13-1577 (consolidated);

- Responsive post-trial brief due March 28, 2016, to the U.S. District Court for the Eastern District of Texas in *VirnetX v. Apple*, No. 12-CV-85; and

- Reply post-trial brief due April 13, 2016, to the U.S. District Court for the Eastern District of Texas in *VirnetX v. Apple*, No. 12-CV-85.

Pursuant to Fed. Cir. R. 26(b)(5), a declaration is attached.

## CONCLUSION

For the foregoing reasons, Medtronic respectfully requests that the Court extend the deadline to April 27, 2016, for Medtronic's response brief.

March 4, 2016                         Respectfully submitted,

/s/ John C. O'Quinn

Jeff E. Schwartz
FOX ROTHSCHILD, LLP
1030 15th Street, N.W.
Washington, D.C. 20005

John C. O'Quinn
William H. Burgess
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 879-5000

Justin J. Oliver
FITZPATRICK, CELLA,
   HARPER & SCINTO
975 F Street, N.W.
Washington, D.C. 20004

Dennis J. Abdelnour
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654

Sharre S. Lotfollahi
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071

*Counsel for Medtronic, Inc.*

# CERTIFICATE OF INTEREST

Counsel for Medtronic, Inc. certify the following:

**1.    The full name of every party represented by us is:** Medtronic, Inc.

**2.    The name of the real party in interest is:** Medtronic, Inc. and Medtronic plc.

**3.    All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by me are:** Medtronic plc wholly owns and is the ultimate parent of Medtronic, Inc. Medtronic plc is a publicly traded corporation. No other publicly traded corporation owns 10% or more of the stock of Medtronic plc.

**4.    The names of all law firms and the partners or associates that appeared for the party now represented by me in the trial court or are expected to appear in this Court are:**

<u>Kirkland & Ellis LLP</u>: John C. O'Quinn, William H. Burgess, Dennis Abdelnour, Sharre S. Lotfollahi, Brian Gold, and Kevin Bendix

<u>Fitzpatrick, Cella, Harper & Scinto</u>: Justin J. Oliver and Brian L. Klock

<u>Fox Rothschild LLP</u>: Jeff E. Schwartz

March 4, 2016                             /s/ John C. O'Quinn
                                                    *Counsel for Medtronic, Inc.*

# DECLARATION OF JOHN C. O'QUINN IN SUPPORT OF MEDTRONIC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

I am counsel for Medtronic, Inc. ("Medtronic") in this appeal, and have entered an appearance.

This case is one of four coordinated appeals on the same briefing schedule to be argued to the same panel: (1) No. 15-1838, (2) Nos. 15-1839 and 15-1840 (consolidated); (3) No. 15-1841, and (4) 15-1842 and 15-1843 (consolidated). Medtronic is in the process of responding to four opening briefs filed by NuVasive and needs the extension to respond adequately and efficiently. Medtronic also seeks the extension to accommodate its attorneys' deadlines in other pending cases in this Court and others that fall and/or require work during the time to prepare Medtronic's response brief.

Medtronic's counsel's obligations during the relevant timeframe also include the following briefs and oral arguments in this Court and others:

- Opening post-trial brief due March 4, 2016, to the U.S. District Court for the Eastern District of Texas in *VirnetX v. Apple*, No. 12-CV-85;

- Oral argument on March 7, 2016, at the D.C. Circuit in *Independent Pilots Association v. FAA*, Nos. 11-1483 and 15-1027 (consolidated);

1

- Appellant's Response and Reply Brief, due to the 10th Circuit on March 16, 2016, in *SolidFX, LLC v. Jeppsesen Sanderson*, Nos. 15-1079 and 15-1097 (consolidated);

- Supplemental brief, due March 17, 2016, to this Court in *Warsaw v. NuVasive*, Nos. 13-1576 and 13-1577 (consolidated);

- Responsive post-trial brief due March 28, 2016, to the U.S. District Court for the Eastern District of Texas in *VirnetX v. Apple*, No. 12-CV-85; and

- Reply post-trial brief due April 13, 2016, to the U.S. District Court for the Eastern District of Texas in *VirnetX v. Apple*, No. 12-CV-85.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

March 4, 2016                     /s/ John C. O'Quinn
                                  *Counsel for Medtronic, Inc.*

## **CERTIFICATE OF SERVICE**

On March 4, 2016, the foregoing motion and attachments were submitted to the Court, and thereby served on all parties, by the CM/ECF system.

/s/ John C. O'Quinn