NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**NUVASIVE, INC.,**
*Appellant*

v.

**MEDTRONIC, INC.,**
*Appellee*

---

15-1838
(IPR2014-00034)

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

ON MOTION

O R D E R

Upon consideration of the Appellee, Medtronic, Inc.'s unopposed motion to extend time to file its principal brief;

IT IS ORDERED THAT:

The motion is granted. The principal brief of Medtronic, Inc. is due on April 27, 2016. No further extensions will be granted.


FOR THE COURT

March 7, 2016                    /s/ Daniel E. O'Toole
                                 Daniel E. O'Toole
                                 Clerk of Court